# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Monroy, | No. CV-20-00166-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Lincoln National Life Insurance Company, | |
| Defendant. | |

Pending before this Court is the Parties' Stipulation to Dismiss with Prejudice ("Stipulation"). (Doc. 6). In the interest of the judicial economy and good cause appearing, the Parties Stipulation (Doc. 6) is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own fees and costs.

Dated this 5th day of October, 2020.

Honorable Raner C. Collins
Senior United States District Judge